# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:23-CV-00294-RJC-SCR

| | |
|---|---|
| POWER PROBE GROUP, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| SHENZHNSHI SANLIULING XIUCHEWANG YOUXIANGONGSI, | )<br>)<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Aidan Skoyles and Qingyu Yin]" (Doc. No. 10 and 11) filed May 25, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 25, 2023

Susan C. Rodriguez
United States Magistrate Judge